AO 245D (Rev. 12/19)    Judgment in a Criminal Case for Revocations    Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHARLES WOOTEN | **Judgment in a Criminal Case**<br>(For **Revocation of Probation or Supervised Release**)<br>Case No. 7:21-CR-00035-WLS-ALS(1)<br>USM No. 48785-004<br>MICHAEL GRANIMS<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilty to violation of condition(s)   1,3,4,6,7   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 3, 4, 7 | Violation of Standard Condition | 4/1/2024 |
| 6 | Failed to Refrain from Violation of the law | 4/1/2024 |

The defendant is sentenced as provided in pages 2 through __2__. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Government did not pursue Violations   2 and 5   and those Violations are, therefore, dismissed.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   8258

Defendant's Year of Birth: 1969

City and State of Defendant's Residence:
Valdosta, Georgia

October 9, 2025
Date of Imposition of Judgment

_W. Louis Sands_ (signature)
Signature of Judge

W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

10/16/2025
Date

AO 245D  Judgment in a Criminal Case for Revocations
Rev. 12/19)  Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: CHARLES WOOTEN
CASE NUMBER: 7:21-CR-00035-WLS-ALS(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 12 months.

No Term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL